# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JOSHUA BOWENS,                          :   No. 51 EM 2016
                                        :
          Petitioner            :
                                        :
                                        :
       v.                          :
                                        :
                                        :
HONORABLE JUDGE SHELIA WOODS-           :
SKIPPER, PRESIDENT JUDGE,               :
PHILADELPHIA COUNTY,                    :
                                        :
          Respondent            :


## ORDER


**PER CURIAM**

     **AND NOW**, this 31st day of May, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**, and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.